944

No. 438. PHILLIPS, EXECUTIVE DIRECTOR, EMPLOYMENT SECURITY COMMISSION OF ALASKA, *v.* FIDALGO ISLAND PACKING CO. ET AL. C. A. 9th Cir. Certiorari denied. *J. Gerald Williams,* Attorney General of Alaska, and *Edward A. Merdes,* Assistant Attorney General, for petitioner.

No. 481. SHEDD *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Claude F. Pittman, Jr.* for petitioner.

No. 523. BLANCHARD *v.* WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondent.

No. 185, Misc. GOLDSBY *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Loring B. Moore* and *William R. Ming, Jr.* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, for respondent.

No. 207, Misc. COLE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Walton H. Hamilton* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 265, Misc. PAYTON *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.